**IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | : | |
| **Plaintiff,** | : | |
| VS. | : | CASE NO.   5:04-CV-436(CAR) |
| **$14,000.00 IN UNITED STATES CURRENCY, MORE OR LESS,** | : | |
| **Defendant,** | : | |
| **STANLEY MCCRARY,** | : | |
| **Claimant.** | : | |

**FINAL ORDER OF FORFEITURE**

On December 29, 2004, Plaintiff United States of America filed a Verified Complaint for Forfeiture against the defendant currency. The Complaint alleges that the defendant currency constitutes money furnished or intended to be furnished in exchange for a controlled substance, in violation of Title II of the Controlled Substances Act, 21 U.S.C. § 801, et seq., punishable by more than one year's imprisonment, or constitutes proceeds traceable to such an exchange, and is therefore subject to forfeiture pursuant to 21 U.S.C. § 881(a)(6).  On or about August 30, 2005, the United States filed a Motion for Final Order of Forfeiture as to the defendant property in this action, to-wit: $14,000.00 in United States Currency, more or less.

It appearing that process was fully issued in this action and returned according to law, the Court makes the following **FINDINGS OF FACT AND CONCLUSIONS OF LAW**:

1.  The United States Marshals Service for this District posted notice of the action on the defendant property on January 4, 2005, as will appear by reference to the Notice of Service (Form USM-285) form on file herein.

2.  On December 31, 2004, a copy of the Notice of Forfeiture, Summons and Verified Complaint for Forfeiture, Warrant of Arrest In Rem, Motion for Service by Publication, and Proposed Order for Service by Publication was sent by certified mail, return receipt requested to Brian Steel, Esq., The Steel Law Firm, 1800 Peachtree Street, N.W., Suite 300, Atlanta, Georgia, counsel for Claimant.

3. On or about January 24, 2005, Brian Steel, Esq., filed an Entry of Appearance on behalf of Claimant.

4.  The United States published notice of this action in <u>The Herald Gazette</u> on February 1, February 8, and February 15, 2005 as will appear by reference to the Affidavit of Publication.

5. Pursuant to Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims and a Notice of Forfeiture issued for the defendant property, all claimants were required to file their claims with the Clerk of the Court within thirty days of the execution of the notice and either publication of notice or provision of direct notice of this action, whichever occurred first.

6. On or about January 24, 2005, Claimant, through counsel, filed a timely Claim and Statement of Interest, alleging his interest in the defendant property.

7.  On or about February 3, 2005,Claimaint, through counsel, filed a timely Answer to Complaint in this action.

8. On or about March 18, 2005, the Court entered a Scheduling and Discovery Order and subsequently the parties have been engaged in discovery.

9. On or about July 7, 2005, Claimant, through counsel, Colette Resnik Steel, Esq., notified Assistant United States Attorney Donald L. Johstono that because claimant McCrary has moved to Florida and would find travel to and from Atlanta burdensome, he wished to withdraw his claim to the defendant currency.

10. No other claims or answers have been filed with regard to the defendant currency and the time for filing claims and answers has now expired.

It is therefore **HEREBY ORDERED, ADJUDGED, AND DECREED THAT**:

All right, title, and interest of potential claimant Stanley McCrary in the defendant currency is hereby forfeited to the United States.

All other right, title, and interest in the defendant currency is hereby forfeited to and vested in the United States, which shall have clear title to this property and may warrant good title to any subsequent transferee.

The United States Attorney General or his authorized designee shall dispose of this property in accordance with the law, see 21 U.S.C. § 881(e).

**SO ORDERED**, this 30th day of September, 2005.

S/ C. Ashley Royal
C. ASHLEY ROYAL
UNITED STATES DISTRICT JUDGE

SSH

PRESENTED BY:

DONALD L. JOHSTONO
ASSISTANT UNITED STATES ATTORNEY
GEORGIA BAR NO. 397015
Post Office Box 1702
Macon, Georgia 31202
(Phone) 478-621-2700
(Fax) 478-621-2737